## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAME THIERNO DIOP** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  25-6946** |
| | : | |
| **J.L. JAMISON, MICHAEL T. ROSE,** | : | |
| **KRISTI NOEM, U.S. DEPARTMENT** | : | |
| **OF HOMELAND SECURITY,** | : | |
| **PAMELA BONDI, EXECUTIVE** | : | |
| **OFFICE FOR IMMIGRATION** | : | |
| **REVIEW** | : | |

## ORDER

**AND NOW**, this 29th day of July 2026, upon considering the respondents' certification of compliance (DI 8) of our January 5, 2026 order (DI 7), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**